GEORGE SIMON, Respondent, v. COMFORT ALLEN, Appellant.— Motion to dismiss appeal denied, without costs.

KATE GLEASON, Respondent, v. LUCY M. WANAMAKER and Others, Appellants.— Motion to dismiss appeal granted.

WILLIAM J. EDELL, Appellant, v. ARTHUR F. GAILEY, Respondent.— Motion to dismiss appeal granted, with costs.

IDA COTT, as Administratrix, Respondent, v. ERIE RAILROAD COMPANY, as Lessor, etc., and Others, Appellants.— Appeal dismissed, unless appellants shall file and serve printed briefs by October first.

GEORGE W. DUELL, Respondent, v. DONNER STEEL Co., INC., Appellant. — Appeal dismissed, unless appellant shall file and serve printed briefs by September twenty-ninth.

LEROY A. LINCOLN, as Trustee, etc., Appellant, v. I. M. LUDINGTON SONS, INC., Respondent.— Appeal dismissed, unless appellant shall file and serve printed briefs by October first, pay to respondent's attorney ten dollars and be ready for argument on October eighth.

GEORGE W. SCHAICH, Respondent, v. REUBEN A. ADAMS and Another, Appellants.— Order entered upon stipulation substituting Sidney I. Adams and John Adams as executors of the estate of Reuben A. Adams, deceased, as defendants in place of said Reuben A. Adams, deceased.

MATILDA WELLS, Appellant, v. CITY OF BUFFALO, Respondent.— Appeal dismissed upon stipulation filed.

GOODWIN PRESERVING COMPANY, Appellant, v. E. B. HOLYON, Respondent. — Appeal dismissed, without costs, upon stipulation filed.

---

## FIRST DEPARTMENT, OCTOBER, 1919.

EDMUND COCKAYNE, an Infant, by ALBERT COCKAYNE, His Guardian ad Litem, Respondent, v. THOMAS J. HEALEY, Appellant.

Appeal from an order of the Supreme Court, bearing date August 26, 1919, and entered in the New York county clerk's office denying the defendant's motion for an order directing the service of an amended complaint.

PHILBIN, J.: The plaintiff apparently relies upon two causes of action but fails to separately state and number them. He should be required to serve an amended complaint either separately stating and numbering the alleged causes of action or eliminating the cause of action upon which he does not place reliance. The order should be reversed, with ten dollars costs and disbursements, and motion granted as above indicated, with ten dollars costs. Clarke, P. J., Dowling, Page and Merrell, JJ., concurred. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, to the extent indicated in opinion.